JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| PERRY LEE JACKSON, | ) | |
| | ) | |
| Petitioner, | ) | Case No. CV 09-8913-MMM(AJW) |
| | ) | |
| vs. | ) | |
| | ) | |
| URIBE A., Warden, | ) | JUDGMENT |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed.


Dated: December 30, 2009

_____
Margaret M. Morrow
United States District Judge